

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,795-01

### EX PARTE MELECIO SANTANA DELACRUZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W12-62922-T(A) IN THE 283RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. This Court remanded the application on July 28, 2021. Applicant has told the Court that he has not received from the District Clerk a copy of supplemental writ record, including the trial court's findings of fact and conclusions of law, that were filed in the case.

Under Rule 73.4 of the Texas Rules of Appellate Procedure (TRAP), "When any pleadings, objections, motions, affidavits, exhibits, proposed or entered findings of fact and conclusions of law, or other orders are filed or made a part of the record, the district clerk shall immediately send a copy to all parties in the case."

If the district clerk has not already sent copy of the documents in question to Applicant, the clerk shall immediately send copies Applicant. The district clerk shall notify this Court of the date(s) upon which the documents were sent to Applicant. The district clerk shall comply with this order within fourteen days from the date of this order.

Filed: November 28, 2022
Do not publish